E-Filed – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1639-GHK (DTBx) | Date | October 30, 2012 |
|---|---|---|---|
| Title | *Federal National Mortgage Association v. Jose M. Orozco, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order Remanding Action to State Court**

      On September 26, 2012, Defendants Jose and Jamie Orozco ("Defendants") removed the above-titled unlawful detainer action to this Court. The Notice of Removal ("NOR") appears to state that we have federal question and diversity jurisdiction, but the state court complaint alleges only a claim for unlawful detainer under California law, and Defendants did not sufficiently allege the citizenship of all Parties or establish the requisite amount in controversy. On October 11, 2012, we therefore ordered Defendants to show cause why this matter should not be remanded because this Court lacks subject matter jurisdiction. [Dkt. No. 9]. We warned Defendants that their failure to timely and adequately show cause would be deemed their admission that this Court lacks subject matter jurisdiction, and in that event, this action would be remanded. The deadline has passed, and Defendants have failed to respond to our OSC. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed. Plaintiff Federal National Mortgage Association's Motion to Remand, [Dkt. No. 6], is **DENIED** as moot. The motion hearing set for November 19, 2012 is **VACATED**.

      **IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| Initials of Deputy Clerk | Bea |